548

## ORDER

PER CURIAM

**AND NOW**, this 24th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**S.J.P., Petitioner**

v.

**L.L.P., Respondent**

**No. 516 WAL 2016**

Supreme Court of Pennsylvania.

May 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**MOUNT JOY TOWNSHIP**

v.

**MOUNT JOY TOWNSHIP ZONING HEARING BOARD and Herrick Building and Excavating, Inc.**

**Petition of: Herrick Building and Excavating, Inc.**

**No. 883 MAL 2016**

Supreme Court of Pennsylvania.

May 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert Lee WEGEMER, Petitioner**

**No. 7 WAL 2017**

Supreme Court of Pennsylvania.

May 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Lamont CHERRY, Petitioner**

v.

**The Honorable Tina Polachek GARTLEY, Respondent**

**No. 73 MM 2017**

Supreme Court of Pennsylvania.

May 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of May, 2017, the Application for Leave to File Original